# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-02478-CJC-DFM | Date: | July 21, 2021 |
|---|---|---|---|
| Title | Alber Said v. Commissioner of Social Security | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re: Failure to Prosecute

Plaintiff, who is proceeding pro se, filed his complaint in this case on December 26, 2019. See Dkt. 1. The Court ordered Plaintiff to mail copies of the summons and complaint by registered or certified mail to (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the Attorney General of the United States in Washington, D.C. See Dkt. 7 at 1-2.

On January 28, 2020, Plaintiff filed four Proof of Service of Summonses. See Dkt. 8-11. They showed that he mailed the complaint and summons to: (1) the "Commissioner of Social Security" at "22815 Calle San Juan De Los Lagos, Moreno Valley, CA, 92553" (Dkt. 8); (2) Region IX Chief Counsel at the address provided by the Court (Dkt. 9); (3) "U.S. Attorney Civil Division" at 300 North Los Angeles Street, but with no room address (Dkt. 10); and (4) the U.S. Attorney General in Washington, D.C. (Dkt. 11). The tracking numbers for each item shows that they were delivered in January 2020.

On June 1, 2020, Plaintiff filed his non-receipt of any answer to the complaint. See Dkt. 12. He asked the Court to "deem the lack of reply as consent to the granting" of his complaint. See id. at 1. In July 2020, the Court denied Plaintiff's request, noting that Plaintiff's case had been stayed. See Dkt. 14.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

The stay has subsequently been lifted. The Court recently reached out to the U.S. Attorney's Office, inquiring whether the Office had a record of being served with the complaint. A representative from the Office stated that Plaintiff had failed to serve the U.S. Attorney's Office properly, despite the Office having sent several courtesy notifications to him. The Court notes that Plaintiff did not use the U.S. Attorney's Office's complete mailing address when attempting service.

It is incumbent upon Plaintiff to take the next steps to prosecute this action. Accordingly, on or before twenty-one (21) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not dismiss this action for lack of prosecution, (b) file a request for default if he believes the summons and complaint were properly served, or (c) file with the Court a proof of service showing proper service on the U.S. Attorney's Office. **Plaintiff is expressly forewarned that if he fails to do one of the three things outlined in this paragraph, the Court will deem this failure as evidence of lack of prosecution, warranting dismissal.**