# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ALBERT S., | No. ED CV 19-02478-CJC (DFM) |
| Plaintiff, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Under 28 U.S.C. § 636, the Court has reviewed the motion to remand, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting the Commissioner's motion to remand. This case is remanded so that the Commissioner may properly consider Plaintiff's wife's self-employment income or loss and correct any erroneous underpayments, penalties, or withholdings of SSI benefits to which Plaintiff was entitled.

Date: August 11, 2022

_____
CORMAC J. CARNEY
United States District Judge