JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ALBERT S., | No. ED CV 19-02478-CJC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED that the Commissioner's motion to remand is GRANTED.

IT IS FURTHER ORDERED that this case be remanded so that the Commissioner may properly consider Plaintiff's wife's self-employment income or loss and correct any erroneous underpayments, penalties, or withholdings of SSI benefits to which Plaintiff was entitled.

Date: August 11, 2022

CORMAC J. CARNEY
United States District Judge